1484781

AO 442 (Rev. 08/07) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
APR 23 2008
District of Rhode Island

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

ROSALIN CHAVEZ

**WARRANT FOR ARREST**

Case Number: CR08-42-04ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ROSALIN CHAVEZ
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

- ☑ Indictment
- ☐ Information
- ☐ Complaint
- ☐ Order of court
- ☐ Pretrial Release Violation Petition
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation
- ☐ Violation Notice

charging him or her with (brief description of offense)
CONSPIRACY TO DISTRIBUTE AND POSSESSION WITH INTENT TO DISTRIBUTE HEROIN; AIDING AND ABETTING

☑ in violation of Title 21 United States Code, Section(s) 846 AND 841(a)(1) and (b)(1)(B)(C); 18:2

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

JEANNINE NOEL — Name of Issuing Officer

J. Noel — Signature of Issuing Officer

DEPUTY CLERK — Title of Issuing Officer

04/23/2008 PROVIDENCE, RI — Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at Residence by DEA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 04/23/08 | CJ Wyant SDUSM | [signature] |
| DATE OF ARREST 04/29/08 | | |