Attachment to the Order of Detention Pending Trial

The Court makes the following findings of fact in support of its Orders of Detention Pending Trial for Pedro Ramos and Rosalin Chavez:

The defendants have been charged with a serious drug offense involving over 100 grams of heroin. Given the nature of the offense, the defendants face a significant sentence. The drug charges against the defendants involve a dangerous drug that poses a threat to the community. The evidence in the case is strong, involving a large number of intercepted telephone conversations. Although Defendant Ramos has been in the community for a number of years, his wife, Defendant Chavez, faces deportation. Thus, Defendant Chavez has tremendous incentive to flee and there is an increased risk that Defendant Ramos may flee given his wife's status. Neither defendant has verifiable employment. Defendant Ramos has only been convicted of driving offenses in the past; however, he failed to appear on two occasions. Defendant Chavez has a prior drug conviction. Based upon these findings, the Court concludes that there is clear and convincing evidence that (1) the defendants pose a danger to community and (2) that the defendants will flee the jurisdiction.