TO: The Honorable Judge Mary M. Lisi.
From: Rosalim Chavez CR-08-42ML
Date: June 11, 08
Re: Request Chance of Attorney.

Dear Honorable Judge Lisi,

I'm writing to your Honor to Request a change of Attorney, there has been a Breakdown in Comuni-cation between Counsel - Client, I don't trust Attorney Roy Jr. Every time I Request Legal, Proffesional Advice, He fails to Comply with such Request.

I feel very unconfortable with Attorney Roy Jr. It's Necessary for your Honor to Allow My Request for New Consel to be Appoint before any new Proceding take place.

I'll appreciate your Answer to My Request.
Thank you for your time And Consideration.

Respectfully Submitted
Rosalim Chavez